

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2013

No. 04-12-00864-CV

Armando **BENAVIDES**,
Appellant

v.

Anselmo **BENAVIDES**, Antonio Benavides and A.T. Trucking LLP,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 06-03-44411
Honorable Richard C. Terrell, Judge Presiding

## ORDER

The reporter's record in this appeal was due February 4, 2013. On February 5, 2013, the court reporter filed a notification of late record stating the record was not be timely filed because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and appellant is not entitled to the record without paying the fee.

We therefore **order** Armando Benavides to provide written proof to this court on or before **February 18, 2013** that either (1) the reporter's fee has been paid or arrangements satisfactory to the court reporter have been made to pay the fee; or (2) appellant is entitled to the record without prepayment of the fee. *See* TEX. R. APP. P. 20.1 and 35.3(a). If appellant fails to file such proof within the time provided, appellant's brief will be due March 8, 2013, and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. See TEX. R. APP. P. 37.3(c).

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of February, 2013.

Keith E. Hottle
Clerk of Court